# First District Court of Appeal
## State of Florida

_____

No. 1D2023-3265

_____

Ayannah Mills,

Appellant,

v.

AMN Healthcare/Gallagher
Bassett Services, Inc.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
William Raymond Holley, Judge.

Dates of Accidents: August 22, 2023; August 23, 2023.


July 25, 2024

Per Curiam.

Affirmed.

Osterhaus, C.J., and Ray and Bilbrey, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ayannah Mills, pro se, Appellant.

Matthew W. Bennett and Sofia Rogner, Orlando, for Appellees.